1 TIMOTHY M. CLARK (Bar No. 284447)
   tclark@thesandersfirm.com
2 LAUREN A. WELLING (Bar No. 291813)
   lwelling@thesandersfirm.com
3 **SANDERS PHILLIPS GROSSMAN, LLC**
  2860 Michelle Drive, Suite 220
4 Irvine, CA 92606
  Telephone:    +1 877 480 9142
5 Facsimile:    +1 213 330 0346

6 Attorneys for Plaintiffs

7 DONALD F. ZIMMER, JR. (State Bar No. 112279)
   fzimmer@kslaw.com
8 WILLIAM E. STEIMLE (State Bar No. 203426)
   wsteimle@kslaw.com
9 **KING & SPALDING LLP**
  101 Second Street, Suite 2300
10 San Francisco, CA 94105
   Telephone:    +1 415 318 1200
11 Facsimile:    +1 415 318 1300

12 Attorneys for Defendants
   BRISTOL-MYERS SQUIBB COMPANY,
13 ASTRAZENECA PHARMACEUTICALS LP, and
   MCKESSON CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHY BARNES, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRISTOL-MYERS SQUIBB COMPANY;<br>ASTRAZENECA PHARMACEUTICALS<br>LP; MCKESSON CORPORATION; and<br>DOES 1-50 INCLUSIVE<br><br>　　　　Defendants.<br><br>AND RELATED ACTIONS:<br><br>*Tony Campbell v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01872-JST;<br><br>*Anita Rochelle Holland v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-02430; | Case No.: 3:17-cv-1869-JST<br><br>**STIPULATION FOR ORDER DENYING MOTION TO DISMISS AND GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Judge:　　Hon. Jon S. Tigar |

1
STIPULATION FOR ORDER DENYING MOTION TO DISMISS AND
GRANTING MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

*Michael Miller v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01870-JST;

*Lester Speights v. AstraZeneca Pharmaceuticals LP, et al.*, Case No. 3:17-cv-01873-JST;

*Nichole Wilcox v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01662-JST;

*Robbie York v. Bristol-Myers Squibb Company, et al.*, Case No. 4:17-cv-01871-JST;

*Sheryle Christensen v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03098-JST (in which Defendants are specially appearing);

*Donielle Cousins v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03180-JST (in which Defendants are specially appearing);

*Norman Johnson v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03019-JST (in which Defendants are specially appearing).

**TO THE COURT AND ALL PARTIES:**

WHEREAS, Defendants AstraZeneca Pharmaceuticals LP (AstraZeneca) and Bristol-Myers Squibb Company (BMS) filed Motions to Dismiss for Lack of Personal Jurisdiction in the *Barnes, Campbell, Holland, Miller, Speights, Wilcox, and York* actions on May 26, 2017;

WHEREAS, in the alternative, AstraZeneca, BMS, and McKesson Corporation argued that Plaintiffs' respective home states were a more convenient forum and that these cases should be transferred pursuant to 28 U.S.C. § 1404(a);

WHEREAS, Defendants have yet to appear in the *Christensen, Cousins,* and *Johnson* cases, but would file the same motions in response to the complaints in those cases;

WHEREAS, based on the Court's recent rulings denying Defendants' motions to dismiss for lack of personal jurisdiction and granting Defendants' motions to transfer in related actions *Dubose v. Bristol-Myers Squibb, et al.*, Case No. 3:17-cv-00244-JST (Doc 39) and *Cortina v. Bristol-Myers Squibb, et al.*, Case No. 3:17-cv-00247-JST (Doc 36), the parties anticipate that

the Court will reach the same result with respect to Defendants' pending motions and in similar motions that would be filed in the *Christensen, Cousins*, and *Johnson* cases, because the motions are based on substantially similar factual circumstances;

WHEREAS, while Defendants respectfully disagree with the Court's ruling denying their motion to dismiss and Plaintiffs respectfully disagree with the Court's ruling granting Defendants' motion to transfer, the parties agree to the following stipulation in an effort to conserve resources and minimize expense for the parties and the Court;

**NOW, THEREFORE**, the Parties stipulate and agree that the Court will deny the motions to dismiss for lack of jurisdiction and will grant the motions to transfer the cases to the districts where Plaintiffs reside pursuant to 28 U.S.C. § 1404(a), as follows:

- Barnes, Kathy; Eastern District of Kentucky;
- Campbell, Tony; Eastern District of Tennessee;
- Holland, Anita Rochelle; Middle District of North Carolina;
- Miller, Michael; Northern District of Indiana;
- Speights, Lester; Eastern District of Louisiana;
- Wilcox, Nichole; Western District of Tennessee;
- York, Robbie; Northern District of Georgia;
- Christensen, Sheryle; District of Idaho;
- Cousins, Donielle; Southern District of Indiana;
- Johnson, Norman; Northern District of Georgia.

**IT IS SO STIPULATED**.

DATED: July 27, 2017      **SANDERS PHILLIPS GROSSMAN, LLC**

By: /s/ Timothy M. Clark
Timothy M. Clark
Lauren Welling
Attorneys for Plaintiffs

DATED: July 27, 2017 **KING & SPALDING LLP**

By: /s/ William E. Steimle
    Donald F. Zimmer, Jr.
    William E. Steimle
    Attorneys for Defendants

**Signature Attestation (N.D. Cal. L.R. 5-1(i)(3)**

I, William E. Steimle, attest that concurrence in the filing of this document has been obtained from each signatory whose ECF user ID and password are not being used in the electronic filing of this document.

Having considered the above stipulation to transfer, and good cause appearing, the Parties' Stipulation is **GRANTED**.

The action entitled *Kathy Barnes v. Bristol Myers Squibb, et al.* Case No. 3:17-cv-1869-JST, shall be transferred to the Eastern District of Kentucky.

The action entitled *Tony Campbell v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01872-JST, shall be transferred to the Eastern District of Tennessee.

The action entitled *Anita Rochelle Holland v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-02430, shall be transferred to the Middle District of North Carolina.

The action entitled *Michael Miller v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01870-JST, shall be transferred to the Northern District of Indiana.

The action entitled *Lester Speights v. AstraZeneca Pharmaceuticals LP, et al.*, Case No. 3:17-cv-01873-JST, shall be transferred to the Eastern District of Louisiana.

The action entitled *Nichole Wilcox v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-01662-JST, shall be transferred to the Western District of Tennessee.

The action entitled *Robbie York v. Bristol-Myers Squibb Company, et al.*, Case No. 4:17-cv-01871-JST, shall be transferred to the Northern District of Georgia.

The action entitled *Sheryle Christensen v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03098-JST, shall be transferred to the District of Idaho.

The action entitled *Donielle Cousins v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03180-JST, shall be transferred to the Southern District of Indiana;

The action entitled *Norman Johnson v. Bristol-Myers Squibb Company, et al.*, Case No. 3:17-cv-03019-JST, shall be transferred to the Northern District of Georgia.

**IT IS SO ORDERED.**

DATED: August 1, 2017_____

_____
HONORABLE JON S. TIGAR
United States District Judge